UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTORIANO TAVARES, INDIVIDUALLY AND
ON BEHALF OF OTHERS SIMILARLY
SITUATED,

                    Plaintiff,

    - against -

LINGERIE BOX LLC

                    Defendant.

21-cv-10053 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time to respond to the Complaint is extended 30 days. The plaintiff should promptly file proof of service on the docket.

    The defendant may seek legal advice and assistance from the New York Legal Assistance Group (NYLAG) at (212) 659-6190. A flyer about contacting NYLAG is also attached to this Order.

    The Clerk is directed to mail a copy of this Order to the following address and to note service on the docket:

    Santa Radino LaBellman

    La Bella Intimates, DBA Lingerie Box

    481 S Orlando Ave, Maitland, FL 32751

    SO ORDERED.

Dated:    New York, New York
            February 3, 2022

                                      John G. Koeltl
                                  United States District Judge

# Notice For Pro Se Litigants

As a public health precaution, the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants has temporarily suspended all in-person client meetings as of Tuesday, March 17, 2020.

Limited scope legal assistance will continue to be provided, but only by appointment and only over the phone. During this time, we cannot assist walk-in visitors to the clinic.

If you need the assistance of the clinic, please call <u>212-659-6190</u> and leave a message, including your telephone number, and someone will get back to you as soon as possible. If you do not leave a message with your telephone number, we cannot call you back.

Please be patient because our responses to your messages may be delayed while we transition to phone appointments.





**NYLAG**
New York Legal Assistance Group